# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**SHERRY GOLDAMMER**, et al.,                            Civil No. CV 03-1749-BR

                    Plaintiffs,

        **v.**                                **STIPULATION TO DISMISS WITH PREJUDICE**

**MIKE JOHANNS**, et al.,

                    Defendants.


The parties have completed the actions required by the Court's Order of November 25, 2009. In addition, the Plaintiffs and Federal Defendants have settled the Plaintiffs' claim for attorney fees and costs pursuant to the Equal Access to Justice Act. Therefore the parties stipulate that this matter can be dismissed with prejudice with each party to bear their own costs and attorney fees, except for Plaintiffs claim for EAJA attorney fees against the Federal Defendant. Plaintiffs and the Federal Defendants have come to an agreement on the amount of EAJA attorney fees the Federal Defendants shall pay to Plaintiffs. The Court shall retain jurisdiction for the limited purpose of enforcing the agreement between Plaintiffs and the Federal Defendants for payment of those EAJA fees, if necessary.

Dated this 7th day of December 2009.

       Respectfully submitted,

Kent S. Robinson
Acting United States Attorney
District of Oregon

*/s/ Arthur Schmidt*

Arthur Schmidt, OSB 87401
Oregon Law Center
921 SW Washington, #516
Portland, Oregon 97205
Telephone:    503-473-8316
      Of Attorneys for Plaintiffs

*/s/ Ronald K. Silver*

Ronald K. Silver
Assistant United States Attorney
District of Oregon
1000 SW Third Avenue, # 600
Portland, Oregon 97204
Telephone:    503-727-1044
      Of Attorneys for Federal Defendants

*/s/ C. Clayton Gill*

C. Clayton Gill
Moffatt Thomas Barrett Rock & Fields
PO Box 829
Boise, Idaho 83701
Telephone:    208-345-2000
      Of Attorneys for DBSI Defendants

*/s/ Richard M. Price*

Richard M. Price
Nixon Peabody LLP
401 Ninth Street NW, Suite900
Washington, DC 20004
Telephone:    202-585-8716
Of Attorneys for Northwest Defendants